FILED
09 DEC 17 AM 10:01
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF          CV 09 80 338 MISC VRW

Natasha Anke Kotto - # 161806

_____/

### ORDER TO SHOW CAUSE

It appearing that Natasha Anke Kotto has been suspended for 3 years and until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law by the Supreme Court of California effective October 4, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Natasha Anke Kotto
Attorney At Law
10217 S Inglewood Ave.
Lennox, CA 90304