

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 338 MISC VRW

Natasha Anke Kotto - # 161806

_____/

### ORDER TO SHOW CAUSE

It appearing that Natasha Anke Kotto has been suspended for 3 years and until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law by the Supreme Court of California effective October 4, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Natasha Anke Kotto
Attorney At Law
10217 S Inglewood Ave.
Lennox, CA 90304