**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CV-09-80338 MYSC vkw)

Sent To: Natasha Anke Kotto
Street, Apt. No.; or PO Box No.: 10217 S. Inglewood Ave.
City, State, ZIP+4: Lennox, CA 90304

PS Form 3800, August 2006          See Reverse for Instructions

7008 1300 0000 9802 7786

CERTIFIED MAIL™