IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 09-80328 MISC VRW

Nataha Anke Kotto,

State Bar No 161806  ORDER

_____/

On December 17, 2009, the court issued an order to show cause (OSC) why Nataha Anke Kotto should not be removed from the roll of attorneys authorized to practice law before this court, based upon her inactive enrollment by the State Bar of California until she shows satisfactory evidence of rehabilitation and fitness to practice law, effective October 4, 2009.

The OSC was mailed to Ms Kotto's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. In response to the OSC, Ms Kotto advised the court that her inability to practice law is due to illness and not willful neglect.

The court now orders Nataha Anke Kotto removed from the roll of attorneys authorized to practice before this court until such time as she is reinstated by the State Bar of California. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

NATASHA A. KOTTO

State Bar No. 161806

_____/

Case Number: CV09-80338 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Natasha Anke Kotto
448 West 106th Street
Los Angeles, CA 90003

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk